UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br> v.<br>J C Lister,<br>      Defendant. | Case No. 3:10-cr-00071-HDM-RAM<br><br>ORDER |

The defendant, J C Lister, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 41). Pursuant to Second Amended General Order 2020-06, the Federal Public Defender is appointed to represent a defendant who, like Lister, files a *pro se* § 3582(c)(1)(A) motion directly with the court. Under the general order, the FPD is directed to either supplement the motion or file a notice of non-supplementation on or before January 23, 2025.

IT IS SO ORDERED.

DATED: This 31st day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE